DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

SERETTA MCKNIGHT,

        Plaintiff,

- against -

NASSAU COUNTY and ROOSEVELT
UFSD,

        Defendants.

----------------------------------X

MEMORANDUM
AND
ORDER

03-CV-0789

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 17 2005 ★

LONG ISLAND OFFICE

PLATT, District Judge.

On the basis of and for the reasons set forth in the Report and Recommendation dated October 4, 2005, of United States Magistrate Judge William D. Wall, the same is confirmed and this case is dismissed for failure to prosecute.

SO ORDERED.

                              _____
                              District Judge, United States District Court

Dated: Central Islip, New York
       October 17, 2005